| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) REINHARD, PHILIP G. | 2. Court or Organization NDIL - WESTERN DIVISION | 3. Date of Report 05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 211 SOUTH COURT STREET ROOM 202 ROCKFORD, ILLINOIS 61101 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

Reinhard, Philip G.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2009 | Illinois Judges' Retirement System | $64,151.28 |
| 2. 2009 | Illinois Municipal Retirement Fund | $13,822.17 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2009-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2009 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Intellectual Property Law Association of Chicago | 9/25/09 | Chicago, Illinois | Annual Dinner | Dinner & Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | M | T | | | | | |
| 2. AmCore Financial Accounts | C | Interest | K | T | | | | | |
| 3. Equitable Resources Common Stock - Trust #1 | C | Dividend | M | T | | | | | |
| 4. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | J | T | | | | | |
| 6. Pioneer Natural Res.Co. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 7. Nabors Ind. Ltd.,f/k/a NaborsInd.,Inc. Common Stock-Trust #1 | | None | J | T | | | | | |
| 8. Artisian Int'l Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 9. E*Trade Clearning LLC Brokerage Account - Trust #1 | A | Interest | J | T | | | | | |
| 10. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 11. Vanguard Prime Money Market Fund - Trust #1 | A | Dividend | L | T | | | | | |
| 12. Royce Low-Priced Stock Fund - Trust #1 | A | Dividend | K | T | Buy (add'l) | 12/31/09 | J | | |
| 13. Baron Small Cap Fund - Trust #1 | | None | K | T | | | | | |
| 14. Teleflex Inc. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 15. Gold - Krugerrands | | None | M | T | | | | | |
| 16. Dodge & Cox International Stock Fund - Trust #1 | | None | | | Redeemed | 3/3/09 | K | | |
| 17. Abbott Laboritories Common Stock - Trust #1 | | None | | | Sold | 2/18/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson Corp. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 19. MGE Energy Inc. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 20. 3M Corp. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 21. Immucor, Inc. Common Stock - Trust #1 | | None | J | T | Buy (add'l) | 6/1/09 | J | | |
| 22. SCP Pool Corp. Common Stock - Trust #1 | A | Dividend | | | Sold | 4/30/09 | J | | |
| 23. Baron Partners Fund - Trust #1 | | None | K | T | | | | | |
| 24. Vanguard Intn.Eq. Ind Fd Emr. Mkt. ETF - Trust #1 | A | Dividend | J | T | | | | | |
| 25. Cemex ADR - Trust #1 | | None | J | T | | | | | |
| 26. Vanguard Intermediate-term Tx. Muni bonds - Admiral | C | Interest | M | T | Buy (add'l) | 11/30/09 | K | | |
| 27. IShare MSCI Brazil F ETF - Trust #1 | A | Dividend | J | T | | | | | |
| 28. CGM Focus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 29. Fairholme Fund - Trust #1 | A | Dividend | K | T | Buy (add'l) | 12/31/09 | J | | |
| 30. Alpine Bank Financial Accounts | A | Interest | L | T | Open | 11/25/09 | L | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544